GEISEL *v.* TAYLOR ET AL.

COUNTY CLERK.—*Fees and Salaries.*—The clerk is entitled to tax and collect fees "for indexing," "for jury fees," and "for docket fees," under the fee and salary act of February 21st, 1871.

APPEAL from the Marion Common Pleas.

DOWNEY, J.—This case is supposed to involve the constitutionality of the act of February 21st, 1871, known as the fee and salary law, or some portions of it. It was a motion to correct the taxation of costs. The clerk had charged in the bill of costs these items: "For indexing, twenty-five cents," under and by virtue of the provisions of the nineteenth section; "for jury fee, five dollars," and "for docket fee, two dollars," under and in pursuance of the sixteenth section of the act. The appellant sought to have these items stricken out of the list of fees. The court overruled his motion. He excepted and appealed. We think the court committed no error. There is no difference of opinion among the members of this court as to the right to tax and collect the costs.

The judgment is affirmed, with costs.

*A. T. Beck* and *H. Cole,* for appellant.

*J. S. Duncan, H. W. Harrington,* and *C. A. Korbly,* for appellees.